1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ALVAREZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-11-00214-EIF |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING TO MARCH 26, 2012, at 1:30 p.m. |
| vs. | ) | |
| IRINEO ALVAREZ-CHAVEZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties, Irineo Alvarez-Chavez and the government, acting through their respective counsel and subject to the Court's approval, stipulate that the hearing date currently set for February 27, 2012, be vacated and that the Court set a new hearing date of March 26, 2012 at 1:30 p.m..

The request for the continuance of the hearing is based on the parties ongoing investigation and discussions which lead them to believe that the case will be resolved without the need to hear the motion to dismiss, or for a trial.  The continuance will enable the parties sufficient time to resolve the case without trial.  An additional reason for the requested continuance is that defense counsel inadvertently scheduled the sentencing in this matter for the

Stipulation to Continue Hearing
and Proposed Order
CR-11-00214-EIF                                              1

currently set date and time which conflicts with a previously set sentencing hearing before Chief Judge James Ware, in San Francisco, in the case of <u>United States v. Amaju Crittle</u>, case number CR-10- 00829-JW.

The parties further agree and stipulate that for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 18 U.S.C. §3161(h)(7)(A) and (B)(iv) time should be excluded from February 27, 2012through and including March 26, 2012, to provide continuity of counsel and to provide defense counsel further time to prepare.   Accordingly, Mr. Alvarez-Chavez and the government agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and the defendant in a speedy trial.

Dated:  February 17, 2012

                                    ___/s/_____
                                    Manuel U. Araujo,
                                    Assistant Federal Public Defender

Dated:  February 17, 2012

                                    ___/s/_____
                                    Ann Marie Ursini, ,
                                    Special Assistant United States Attorney

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter shall be continued from February 27, 2012, at 10:00 a.m., to March 26, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between February 27, 2012 and March 26, 2012, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 27, 2012 and March 26, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the period of delay from February 27, 2012, through and including March 26, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: February __21__, 2012

_____
HONORABLE EDWARD J. DAVILA
United States District Judge