1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANN MARIE URSINI (CABN 269131)
   Special Assistant United States Attorney
5     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5037
      Facsimile: (408) 535-5066
7     annmarie.ursini@usdoj.gov

8  Attorneys for the United States

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,         )   No.    CR 11-00214 EJD
14                                   )
          Plaintiff,                 )   STIPULATION AND [PROPOSED]
15                                   )   ORDER CONTINUING HEARING TO
      v.                             )   October 29, 2012 AND EXCLUDING
16                                   )   TIME FROM October 15, 2012 TO October
   IRENIO ALVAREZ-CHAVEZ,            )   22, 2012 FROM THE SPEEDY TRIAL
17                                   )   ACT CALCULATION
          Defendant.                 )
18                                   )
                                     )
19
         The Parties, IRENIO ALVAREZ-CHAVEZ and the United States, acting through
20
   respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently
21
   set for October 15, 2012 be vacated, and that the hearing be re-set for October 29, 2012 at 1:30
22
   pm.  The parties are requesting the continuance of the hearing to the above date given that
23
   government counsel will be out of town on October 15.  Additionally, the parties have engaged
24
   in lengthy discussions regarding a disposition in this matter, but it appears we have reached an
25
   impasse.  Government counsel has provided defense with a proposed disposition, and defense
26
   counsel requires additional time to discuss defendant's options.  It is anticipated that, with the
27
   additional time, the next appearance will be a change of plea.
28
         The parties stipulate that the time between October 15, 2012 and October 29, 2012 is

                                         1

excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 10, 2012                    MELINDA HAAG
                                           United States Attorney


                                           ___/s/_____
                                           ANN MARIE E. URSINI
                                           Special Assistant United States Attorney


                                           ___/s/_____
                                           MANUEL ARAUJO
                                           Attorney for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 15, 2012 is vacated, and the matter is continued to October 29, 2012 at 1:30 pm.  Further, the Court ORDERS that the time between October 15, 2012 and October 29, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/11/2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

3