1 STEVEN G. KALAR
Federal Public Defender
2 MANUEL U. ARAUJO
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant ALVAREZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR-11-00214-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| vs. | ) | HEARING TO JULY 1, 2013, at 1:30 p.m. |
| IRINEO ALVAREZ-CHAVEZ, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties, Irineo Alvarez-Chavez and the government, acting through their respective counsel and subject to the Court's approval, stipulate that the hearing date currently set for May 6, 2013, be vacated and that the Court set a new hearing date of July 1, 2013, at 1:30 p.m.  The parties further agree and stipulate that the Court extend the briefing schedule for supplemental points and authorities the court requested from May 1, 2013, to June 1, 2013.  The reason for the continuance of the sentencing hearing is as follows.

The defendant is facing a violation of supervised release in the District of Arizona, based on his 2007, conviction for a violation of Title 8, United States Code, Section 1326, in case numbered 07CR00379-PHX-NVW.  PSR ¶ 28.  Defense counsel spoke to Assistant United

States Attorney James R. Knapp, of the District of Arizona, and Mr. Knapp does not oppose the transfer of supervision and the resolution of the violation in the Northern District of California. Defense counsel has also spoken to United States Probation Officer Daniel Prather, District of Arizona, who informed counsel that he will initiate the Form 22, process.   Officer Prather informed defense counsel that transfer of supervision and disposition of the Supervised Release violation will need to be approved by United States District Court Judge Neil V. Wake. Consolidation of the current case before this court and the supervision violation from the District of Arizona will conserve valuable judicial resources which include transportation costs which would be needed to transport Mr. Alvarez-Chavez to Phoenix, Arizona, judicial time, and attorney expenses.  For these reasons, the parties request that the Court continue the sentencing hearing to July 1, 2013.

Defense counsel has conferred with United States Probation Officer Benjamin Flores, and he does not object to the continuance nor the date of July 1, 2013.

Dated:  April 29, 2013                    STEVEN G. KALAR
                                          FEDERAL PUBLIC DEFENDER

                                          __/s/_____
                                          Manuel U. Araujo,
                                          Assistant Federal Public Defender


Dated:  April 29, 2013                    MALINDA HAAG
                                          UNITED STATES ATTORNEY


                                          ___/s/_____
                                          Meredith J. Edwards,
                                          Special Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter is continued from May 6, 2013, at 1:30 p.m., to July 1, 2013, at 1:30 p.m.

IT IS FURTHER ORDERED that the supplemental briefing ordered by the court on April 15, 2013, is extended from May 1, 2013, to June 1, 2013.

IT IS SO ORDERED.

Dated: ___4/30/_____, 2013

_____
HONORABLE EDWARD J. DAVILA
United States District Judge